IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,  *
vs.                        *
                                              CASE NO. 5:14-CR-77 (CDL)
DANIEL ERIC COBBLE,        *
    Defendant              *
_____

ORDER

Having held a final pretrial conference in this case on December 2, 2019, the Court enters this order memorializing the following highlights of that conference:

(1) This case is scheduled for a jury trial to begin at 9:00 A.M. on February 18, 2020 at the United States Courthouse in Columbus, Georgia.

(2) Defendant has chosen to represent himself during the trial and shall direct and control his defense. The Court has directed Brian Jarrard to attend trial as stand-by counsel, and Mr. Jarrard shall continue to act as counsel during the pretrial proceedings as previously ordered.

(3) Defendant confirmed at the conference that he does not assert the affirmative defense of insanity. Although Defendant disavowed any diminished mental capacity, the Court has not ruled out a defense that because of his mental capacity he did not have the

requisite intent which is an essential element of the offenses for which he has been charged.

(4) Defendant put on the record at the conference a list of witnesses who he wishes to be subpoenaed for trial. Mr. Jarrard will file a motion with the Court seeking subpoenas for witnesses who have relevant and admissible evidence, indicating in the motion the subject matter of the relevant evidence so the Court can determine whether a subpoena shall be issued. Mr. Jarrard may file this motion under seal so that it is not accessible by counsel for the Government.

(5) Any other pretrial motions shall be filed no later than January 17, 2020.

(6) The Government indicated that it may seek a superseding indictment within the next two weeks. If a superseding indictment is issued, any arraignment and initial appearance shall be handled by the Magistrate Judge, and counsel shall inform the Magistrate Judge of the pending trial date. If a superseding indictment is issued, counsel for the Government and Mr. Jarrard shall notify the Court whether they think another final pretrial conference is necessary before trial.

This 2nd day of December, 2019.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT JUDGE
MIDDLE DISRICT OF GEORGIA