IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 5:14-cr-77 (CDL) |
| **DANIEL ERIC COBBLE,** : | |
| : | |
| Defendant. : | |
| _____ : | |

## ORDER

Following the dismissal of his appeal on March 10, 2021, Defendant Daniel Cobble has filed two motions, the first labeled a "Motion to Arrest All GSP Inmates" (Doc. 809) and the second labeled a "Motion for Court to Enforce my Fed Sentence as to the Past." (Doc. 811). These motions cannot be construed as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 or a motion pursuant to 28 U.S.C. § 2241, and do not otherwise request relief that is available in the context of this case. Accordingly, both motions are hereby **DENIED**.

**SO ORDERED**, this 15th day of July, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge