IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 5:14-cr-77-CDL-CHW |
| DANIEL ERIC COBBLE, : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

Defendant Daniel Cobble has filed several post-appeal motions. Because none of the motions request relief that the Court can grant, the motions (Docs. 823, 825, 826) are **DENIED**.

Two motions (Docs. 823, 826) seek the return of non-contraband property, which Defendant asserts was taken from him at various points throughout his incarceration in both federal and state facilities. As explained in a previous order (Doc. 819), which denied a similar motion (Doc. 816), such allegations would relate to a civil matter that is outside the scope of this criminal case.

Defendant also seeks an "emergency motion for court to order U.S. B.O.P. to abide by 18 U.S.C. 4013…." (Doc. 825). In this motion, Defendant states that he is trying to hire an attorney to file an appeal but that he cannot get money that he believes he has in unclaimed funds from the Georgia Department of Revenue. (*Id.*, p. 1-3). He argues that 18 U.S.C. § 4013 allows the Bureau of Prisons (B.O.P.) to move these funds for his use. (*Id.*) The motion speaks to hiring appellate counsel, seeking and receiving medical care, and the

costs of items in the prison store. (*Id*.) Defendant has not shown that 18 U.S.C. § 4013 is applicable to these matters. To the extent Defendant complains he is owed money or property or is being deprived of medical care, these are also civil matters that are outside the scope of this criminal case.

Based on the foregoing, Plaintiff's miscellaneous motions (Docs. 823, 825, 826) are **DENIED**.

**SO ORDERED**, this 16th day of May, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge