IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| vs. | * | |
| DANIEL ERIC COBBLE, | * | |
| Defendant. | * | CASE NO. 5:14-cr-77-CDL-CHW |
| | * | |
| | * | |

<u>O R D E R</u>

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 30, 2023 is hereby approved, adopted, and made the Order of the Court.

The Court considered Defendant's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 15th day of November, 2023.

<u>S/Clay D. Land</u>
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA