IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| vs. | * | Case No. 5:14-cr-77-CDL-CHW |
| DANIEL COBBLE, | * | Civil No. 5:23-cv-370-CDL |
| Defendant/Movant. | * | |

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on November 17, 2023 is hereby approved, adopted, and made the Order of the Court.

The Court considered Movant's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 24th day of April, 2024.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA