IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.: 5:14-cr-77-CDL-CHW |
| | : | |
| DANIEL COBBLE, | : | |
| | : | |
| Defendant. | : | |

## ORDER

On July 26, 2024, the Court entered an Order (Doc. 934) adopting a Recommendation (Doc. 909) to deny Defendant Daniel Cobble's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Since both the entry of the Recommendation and the Court's Order adopting the Recommendation, Defendant has filed 17 miscellaneous motions. For the reasons explained below, these motions (Docs. 917-919, 924-927, 930, 932, 937, 957-959, 962-965) are not properly before the Court, are without merit, or are moot, and are therefore **DENIED**.

*Motions Not Properly Before this Court or*
*Are Outside the Scope of Defendant's Criminal Case*

Defendant filed seven motions that concern conditions of his confinement, that challenge how the Bureau of Prisons implements its policies and procedures, or that are otherwise outside the scope of Defendant's criminal case.

- Emergency Motion to Make BOP Notarize My Legal Documents (Doc. 917).

- Emergency Motion to Enforce My Prison Sentences as to BOP Policies (Doc. 924).

- Emergency Motion for Injunction to Restrain Both FBOP and US Marshals Service from Violating Any and All Their Policies Beneficial to Me (Doc. 932).

- Emergency Moton for Injunction to Permanently Restrain Entire U.S. Government (Doc. 937).

- Emergency Motion for Court to Say if its Aware [of Issues at BOP] (Doc. 957).

- Emergency Motion for Injunctions to Stop U.S. Government from Violating their Oath of Office to Protect the U.S. Constitution in Specific Ways (Doc. 958).

- Emergency Motion for Contempt of Court against U.S. Government for their Illegal Interference in this Crime Case 2255 Habeas Appeal (Doc. 965).

Defendant has filed many other similar motions throughout this case and has been repeatedly told that this Court is not the proper forums for these complaints. For the reasons previously explained, these motions (Docs. 917, 924, 932, 937, 957, 958, 965) are **DENIED**.

### *Motions that are Frivolous or Without Merit*

The following five motions are patently frivolous, are without merit, and have no basis in law or fact. For these reasons, the motions (Doc. 918, 925, 926, 963, 964) are **DENIED**.

- Emergency Motion to Make BOP Give Me Contact Info (Doc. 918).

- Motion to Compel US Magistrate Judge Charles Weigle and US District Judge Clay Land to Abide by What Word Emergency Means (Doc. 925).

- Emergency Motion to Subpoena Tennessee Court Records (Doc. 926).

- Emergency Motion for Judge to Give Me Contact Info to All Fed Tort Attorneys (Doc. 963).

- Emergency Motion to Enforce Court Rules that Say My Body Can Not Be Transferred to the Custody of Another While My 2255 Habeas is Pending (Doc. 964).

*Motions that are Moot*

The Court's order adopting the Recommendation to Deny Defendant's 2255 motion resolved the issues raised in the following motions. Therefore, the following three motions (Docs. 919, 927, 930) are **DENIED as moot**.

- Emergency Motion for Court to Tell Me You Are Going to Give Me an Oral Hearing (Doc. 919).
- Emergency Motion to Subpoena 2013 Georgia Dept. of Corrections Policies on Indigent Mail (Doc. 927).
- Emergency Motion for Court to Fix 11th Cir. Clerks Filing Errors (Doc. 930).

Defendant also filed a motion asking the Court to confirm whether his appellate filing fees had been received. (Doc. 962, "Emergency Motion for Judge to Tell Me if Courts Got My 2 Filing Fees"). The Clerk of Court confirmed that no fees have been received and mailed that response to Defendant on January 29, 2025. (Doc. 961). Therefore, Defendant's motion (Doc. 962) is **DENIED as moot**. To the extent that Defendant is asking about a filing fee for a court case in South Carolina, he should contact that court directly.

*Motions for Copies of Documents*

Defendant filed a motion he labeled "Motion for Court to Order Funds to be Removed Out My FBOP Account to Pay this U.S. District Macon Ga Court Clerk for 1 Copy of Parts of My Crime Record," in which he requests portions of several documents on the docket of this case. (Doc. 959). The Court will not provide documents on credit or bill the BOP as requested. Payment must be made up front. Copies are available at the cost of $.50 per page.

Even if Defendant were entitled to the documents that he seeks and had remitted payment as required, his requests are not sufficiently specific to enable the Clerk's office to locate the

3

requested documents. The motion contains only descriptions of portions of documents and would require the Clerk's office to sift through the docket and essentially guess as to what portions or pages fulfill Defendant's requests. Due to Defendant's voluminous filings, the docket of this case contains over 960 documents. The Court will not order the Clerk's office to hunt through the docket to fulfill Defendant's piecemeal requests. Defendant's motion (Doc. 959) is **DENIED**.

    **SO ORDERED**, this 11th day of February, 2025.

                                                 s/ <u>Charles H. Weigle</u>
                                                 Charles H. Weigle
                                                 United States Magistrate Judge