IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case No.: 5:14-cr-77-CDL-CHW |
| : | |
| DANIEL COBBLE, : | |
| : | |
| **Defendant.** : | |

## ORDER

Defendant Daniel Cobble has filed an "Emergency Motion" (Doc. 966), in which he askes the Court "to order the $610 prison sent this court in Nov. 2024 off of my account months ago to be tracked immediately." He contends that he had a check sent from his prison account to pay the filing fees for his appeal, which was filed in August of 2024 (Doc. 938). The Court notified Defendant on January 29, 2025, that it has not received any filing fees from Defendant. (Doc. 961).

It is not clear what specific relief Defendant requests in his motion, and Defendant has not shown that the Court has authority to order the Bureau of Prisons to "track" his check. Accordingly, Defendant's motion (Doc. 966) is **DENIED**.

**SO ORDERED**, this 12th day of February, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge