IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No.: 5:14-cr-77-CDL-CHW |
| | : | |
| **DANIEL COBBLE,** | : | |
| | : | |
| **Defendant/Movant.** | : | |

# ORDER

Defendant/Movant Daniel Cobble has filed another emergency motion asking the Court to Remove $610 from his Bureau of Prisons account to cover fees associated with his appeal of this Court's denial of his Section 2255 motion (Doc. 969). The Clerk of Court and the Court have explained that the Court's docket does not reflect receipt of any such payment. (Docs. 961, 967).

Movant continues to insist that a check to cover his appellate fees was issued and sent to the Court in November 2024. In response to Movant's repeated motions, the Clerk of Court has endeavored to search other records beyond the electronic docket of this case to determine whether any such payment has been received. As a result of that search, it appears that a check from the United States Treasury for $610, the amount described by Movant, was received by the Clerk's office on December 9, 2024, but no identifying information appeared on or with the check to connect it to any particular case. Therefore, the check was not negotiated and payment was not associated with or applied to any specific case. Other records that Movant has provided demonstrate that his prison account has sufficient funds to cover the appellate fee. *See, e.g.,* (Doc. 970-1) (receipt from unrelated purchases from prison account). The Court has reviewed the receipt provided by Movant (*id.*) and compared the listed account number to the check received on December 9, 2024, but no matching information was found.

2

The Court requires additional information to determine whether the check received on December 9, 2024, is the missing payment that Movant contends was sent to the Court. Movant is **DIRECTED to supplement** the record with a copy of his prison account showing the date and amount withdrawn and the check number remitted on his behalf. This information is due to the Court by March 26, 2025.

**SO ORDERED**, this 5th day of March, 2025.

                                                          s/ Charles H. Weigle
                                                          Charles H. Weigle
                                                          United States Magistrate Judge