IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.: 5:14-cr-77-CDL-CHW |
| | : | |
| DANIEL COBBLE, | : | |
| | : | |
| Defendant/Movant. | : | |

**<u>ORDER</u>**

After Defendant/Movant Daniel Cobble filed another emergency motion asking the Court to remove $610 from his account to cover fees associated with his appeal of this Court's denial of his Section 2255 motion (Doc. 969), the Court discovered that a check from the United States Treasury matching that amount had been received on December 9, 2024, but had been not linked to any case. *See* (Doc. 972). Therefore, as the Clerk of Court and the Court explained, the docket in Movant's case did not reflect that he had paid his appellate fee.  *See* (Docs. 961, 967, 972). In an effort to verify that the unassigned check for $610 belonged with Movant's case, the Court ordered him to supplement the record with additional information. (Doc. 972). Movant, in turn, provided a copy of his prison trust account statement showing that he requested $610 be withdrawn on November 11, 2024. (Doc. 975-2, p.1).

The Court finds that the documentation coupled with Movant's explanation about his request are sufficient to attribute the unassigned $610 payment to this case. The Clerk of Court is **DIRECTED** to update the docket to reflect that the appellate fee relating to his appeal of the denial of Movant's Section 2255 (Doc. 938), was paid as of December 9,

1

2

2024. Because the funds have now been attributed to this case, Movant's emergency motion asking the Court to remove funds from his account (Doc. 969) is **DENIED as moot**.

**SO ORDERED and DIRECTED**, this 28th day of March, 2025.

                                               s/ <u>Charles H. Weigle</u>
                                               Charles H. Weigle
                                               United States Magistrate Judge