IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA,     *

           *

vs.                *

DANIEL COBBLE,          *   CASE NO. 5:14-cr-77-CDL-CHW

   Defendant.      *

           *

_____

O R D E R

The Magistrate Judge entered an order on August 1, 2025 (ECF No. 992) that addresses several grievances by frequent-filer Daniel Cobble.  In his arguably non-dispositive order, the Magistrate Judge rejected all of Cobble's complaints/claims— several of which have previously been adjudicated.  Cobble now objects to the Magistrate Judge's order, which the Court reviews for clear error in accordance with Federal Rule of Civil Procedure 72(a).  Finding that the objections lack merit and that the Magistrate Judge's order is not clearly erroneous, the Court affirms the Magistrate Judge's order.

IT IS SO ORDERED, this 26th day of September, 2025.

S/Clay D. Land
_____
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA